# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3470

_____

Michael R. Schneider,                    *
                                         *
            Appellant,                   *
                                         *
      v.                                 *   Appeal from the United States
                                         *   District Court for the
Larry Norris, Director, Arkansas         *   Eastern District of Arkansas.
Department of Correction; Ray Hobbs,     *
Assistant Director, Arkansas             *        [UNPUBLISHED]
Department of Correction; Max            *
Mobley, Director, Medical Services,      *
Arkansas Department of Correction;       *
Sara McQuilliams, Warden, Delta          *
Regional Unit, Arkansas Department       *
of Correction; John H. Whaley, III,      *
Chief Security Officer, Delta Regional   *
Unit, Arkansas Department of             *
Correction; Carl Lee Griswold, Captain,  *
Delta Regional Unit, Arkansas            *
Department of Correction; Stacy          *
Patton, Sergeant, Movement & Control     *
Officer, Delta Regional Unit, Arkansas   *
Department of Correction,                *
                                         *
            Appellees.                   *

_____

Submitted: April 20, 2000
Filed: April 25, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM

_____

PER CURIAM.

Michael Schneider, an Arkansas inmate, appeals from the district court's[1] order dismissing his 42 U.S.C. § 1983 action following an evidentiary hearing. After reviewing the record and the parties' briefs, see Choate v. Lockhart, 7 F.3d 1370, 1373 & n.1 (8th Cir. 1993) (standard of review), we conclude the district court did not err in dismissing Schneider's First Amendment claim, because the grooming policy at issue was reasonable under the four factors enumerated in Turner v. Safley, 482 U.S. 78, 89-91 (1987). See Dunavent v. Moore, 907 F.2d 77, 79 (8th Cir. 1990). In addition, we conclude the district court did not err in dismissing Schneider's equal protection claim, see Rouse v. Benson, 193 F.3d 936, 942-43 (8th Cir. 1999), or his Eighth Amendment claim, see Berryhill v. Schriro, 137 F.3d 1073, 1076 (8th Cir. 1998). Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.